# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

134766

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

FELTON LEE BURKS,
　　　　Defendant-Appellant.

SC: 134766
COA: 269569
Wayne CC: 05-012184-01

_____/

　　　　On order of the Court, the application for leave to appeal the July 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

t0114